AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Tyirisha Johnson

*Defendant*

Case No. ELH-19-0158

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tyirisha Johnson ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1962(c) Racketeering
21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date: 3/28/19

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/16/19 , and the person was arrested on *(date)* 4/16/19
at *(city and state)* Baltimore, MD .

Date: 4/16/19

*Arresting officer's signature*

Mark E. Zimmerman / FBI - Special Agent
*Printed name and title*